UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JTH TAX LLC (d/b/a LIBERTY TAX SERVICE) and SIEMPRETAX+ LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LORRAINE MCHUGH, RICHARD O'BRIEN, and KVC ENTERPRISES LLC,<br><br>Defendants. | Case No. C20-329RSM<br><br>MINUTE ORDER |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge: On March 13, 2020, Plaintiffs in this matter filed a Motion for a Temporary Restraining Order ("TRO") against Defendants to enjoin certain behavior related to the operating of a tax preparation business. Dkt. #8. Plaintiffs indicate that they are serving a copy of this TRO on Defendants, although a certificate of service is not attached.

Under the circumstances here, the Court's Local Rules allow for the adverse party or parties to file a Response to a TRO. *See* LCR 65(b)(5). The adverse party must file a notice "indicating whether it plans to oppose the motion within twenty-four hours after service of the

MINUTE ORDER - 1

motion," and "file its response, if any, within forty-eight hours after the motion is served." *Id.* No reply is permitted from Plaintiff. *Id.*

Plaintiffs do not explicitly request entry of the TRO without notice and instead attempt to inform Defendants of the above deadlines to respond to the Court. Dkt. #8 at 1. Accordingly, Defendants may file a response. Because the Court will not rule on this matter immediately and due to the Court's closure on Saturday and Sunday, the Court will waive the twenty-four hour notice requirement and allow Defendants to file a response, if any, no later than **Monday, March 16, 2020.** The Court DIRECTS Plaintiffs to immediately serve Defendants with a copy of this Minute Order.

DATED this 13th day of March, 2020.

                                             WILLIAM McCOOL, Clerk

                                             By:    /s/ Paula McNabb
                                                           Deputy Clerk