UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JTH TAX LLC (d/b/a LIBERTY TAX SERVICE) and SIEMPRETAX+ LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>LORRAINE MCHUGH, RICHARD O'BRIEN, and KVC ENTERPRISES LLC,<br><br>Defendants. | Case No. 2:20-CV-00329-RSM<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME OF ALL SCHEDULED DEADLINES** |

Based on the stipulation of the parties, it is HEREBY ORDERED that the below deadlines are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | December 3, 2020 | March 3, 2021 |
| Deadline for filing motions related to discovery | January 4, 2021 | April 5, 2021 |
| Discovery cutoff | February 1, 2021 | May 3, 2021 |
| Deadline to file dispositive motions | March 3, 2021 | June 3, 2021 |
| Deadline to hold mediation | April 19, 2021 | July 19, 2021 |
| Deadline to file motions in limine | May 4, 2021 | August 4, 2021 |

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME OF ALL
SCHEDULED DEADLINES– Page 1

| Agreed pretrial order due | May 20, 2021 | August 20, 2021 |
|---|---|---|
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case and trial exhibits due | May 27, 2021 | August 27, 2021 |
| Jury trial date | June 1, 2021 | **September 7, 2021** |

DATED this 1st day of February, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME OF ALL
SCHEDULED DEADLINES– Page 2