UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JTH TAX LLC (d/b/a LIBERTY TAX SERVICE) and SIEMPRETAX+ LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LORRAINE MCHUGH, RICHARD O'BRIEN, and KVC ENTERPRISES LLC,<br><br>Defendants. | Case No. C20-329RSM<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE TRIAL AND RELATED DEADLINES |

This matter comes before the Court on Plaintiffs JTH Tax LLC d/b/a Liberty Tax Service ("Liberty") and SiempreTax+ LLC ("SiempreTax")'s Motion seeking to continue trial and related deadlines. Dkt. #75. This Motion is noted for consideration on August 20, 2021. Defendants have failed to file a timely response. *See* LCR 7(d). Because trial is swiftly approaching, the Court has determined that a ruling should issue now, before the noting date.

There is good cause for striking the trial date and pretrial deadlines given the Court's recent Order granting partial summary judgment, the discovery issues outlined in Plaintiffs' unopposed Motion, and Plaintiffs' pending Motion for contempt and sanctions, Dkt. #72. Accordingly, having reviewed the briefing and the remainder of the record, the Court FINDS

ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE TRIAL AND RELATED DEADLINES - 1

and ORDERS that Plaintiffs' Motion, Dkt. #75, is GRANTED.  The current trial date and pretrial deadlines are STRICKEN.  The Court will contact the parties to schedule a telephonic status conference in early September to discuss how best to proceed in this case.

DATED this 17th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE TRIAL AND RELATED DEADLINES - 2