UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JTH TAX LLC (d/b/a LIBERTY TAX SERVICE) and SIEMPRETAX+ LLC, <br><br> Plaintiffs, <br><br> v. <br><br> LORRAINE MCHUGH, RICHARD O'BRIEN, and KVC ENTERPRISES LLC, <br><br> Defendants. | Case No. C20-329RSM <br><br> ORDER OF DEFAULT |

THE COURT HEREBY ORDERS that Defendants are in default as a sanction for violating the Court's Preliminary Injunction Order, *see* Dkts. #37 and #83, and for failure to appear at the September 13, 2021, status conference scheduled by the Court. The Court DIRECTS Plaintiffs to file a motion for default judgment, which is to be noted for consideration no earlier than the third Friday after filing. *See* LCR 7(d).

DATED this 13th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DEFAULT - 1